**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT JOHN HAMILTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> J. URBAN, et al., <br><br> Defendants. | Case No. CV 17-5297 ODW (SS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 17, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE